UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| BRANDON DOUGLAS ZIEL ) | Chapter 13 |
| aka Brandon D. Ziel ) | |
| Last four digits of social security#: 2297 ) | |
| 10 Tarleton Drive ) | Bankruptcy No.: 13-02715 |
| Charleston, SC 29407 ) | |
| Debtor. ) | |
| ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed a copy of the Order Confirming Plan, entered on August 14, 2015 was served on the attached parties on this 18th day of August, 2015, by depositing same in the United States Mail with sufficient first-class postage affixed to the attached mailing matrix and served the Trustee, James M. Wyman, electronically via CM/ECF:

DROSE LAW FIRM

BY: /s/Jessica Howard
Jessica Howard
Office Personnel
3955 Faber Place Drive, Suite 103
Charleston, SC 29405
(843) 767-8888

Charleston, South Carolina
August 18, 2015

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 13-02715-jw<br>District of South Carolina<br>Charleston<br>Tue Aug 18 13:31:27 EDT 2015 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Ann U. Bell<br>Drose Law Firm<br>3955 Faber Place Dr. Ste 103<br>Charleston, SC 29405-8565 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Cash Yes<br>PO Box 96503<br>#15050<br>Washington DC 20090-6503 |
| Citgo<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | Citibank<br>c/o Jerry T Myers<br>PO Box 26268<br>Raleigh NC 27611-6268 | Client Services<br>For Chase Bank<br>3451 Harry S Truman Blvd<br>Saint Charles MO 63301-4047 |
| Discount Advances<br>207-1425 Marine Drive<br>West Vancouver, British Columbia<br>Canada V7T 1 B9 | R. Michael Drose<br>3955 Faber Place Drive<br>Suite 103<br>North Charleston, SC 29405-8565 | First Federal<br>PO Box 118068<br>Charleston SC 29423-8068 |
| Government Employees Credit Union<br>PO Box 7780<br>Wilmington DE 19803 | Great Plains Lending<br>1050 East 2nd St<br>Box 500<br>Edmond OK 73034-5313 | Hamilton Liberty Inc<br>dba Best Choice 123<br>Cash Reserves<br>6130 Elton Ave<br>Las Vegas NV 89107-2538 |
| Integrity Advance<br>300 Creek View Road Suite 102<br>Newark DE 19711-8547 | Kristen N Nichols<br>Clawson & Staubes LLC<br>126 Seven Farms Drive<br>Suite 200<br>Charleston SC 29492-8144 | Liane M Ziel<br>10 Tarleton Dr<br>Charleston SC 29407-7446 |
| Lowes<br>PO Box 530914<br>Atlanta GA 30353-0914 | Mobi Loans LLC<br>151 Melacon Rd<br>Marksville LA 71351-3065 | Kathleen M Muthig<br>Finkel Law Firm LLC<br>1201 Main Street<br>Suite 1800<br>Columbia, SC 29201-3294 |
| NCEP, LLC, assignee of<br>UNITED DEBT HOLDINGS, LLC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Nationstar Mortgage<br>c/o Finkel Law Firm LLC<br>4000 Faber Place Dr Ste 450<br>PO Box 71727<br>North Charleston SC 29415-1727 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nationstar Mortgage, LLC, isaoa<br>350 Highland Dr.<br>Lewisville, TX 75067-4177 | Nationstar Mortgage, LLC, isaoa<br>PO Box 630267<br>Irving TX 75063-0116 | One Click Cash<br>52946 Hwy 12 Ste 3<br>Niobrara NE 68760-7085 |
| PRA Receivables Management LLC<br>P. O. Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC., as agent o<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

R Wayne Hall
First Federal CEO
2440 Mall Drive
North Charleston SC 29406-6544

SC Department of Revenue
PO Box 12265
Columbia SC 29211-2265

Silver Cloud Financial
635 East Hwy 20
Upper Lake CA 95485-8793

Smith Debnam Attorneys at Law
PO Box 26268
Raleigh NC 27611-6268

Sure Advance
750 Shipyard Drive
Ste 213
Wilmington DE 19801-5160

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

United Cash Loans
3531 P Street NW
PO Box 111
Miami OK 74355-0111

United Recovery Systems LP
PO Box 722929
Houston TX 77272-2929

WELLS FARGO BANK, N.A.
PO BOX 10438
MAC: X2505-036
DES MOINES, IA 50306-0438

Wells Fargo Bank NA
PO Box 10438
Des Moines IA 50306-0438

Wells Fargo Financial Cards
PO Box 660041
Dallas TX 75266-0041

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

Brandon Douglas Ziel
10 Tarleton Drive
Charleston, SC 29407-7446

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ann U. Bell
Drose Law Firm
3955 Faber Place Drive Ste 103
Charleston, SC 29405-8565

(d)R Michael Drose
3955 Faber Place Drive Suite 103
North Charleston SC 29405-8565

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44

Form 162aBNC (Revised 03/07/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 13-02715-jw                              Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Brandon Douglas Ziel
aka Brandon D. Ziel
10 Tarleton Drive
Charleston, SC 29407

SSN: xxx-xx-2297

| Entered By The Court 8/14/15 | ORDER CONFIRMING PLAN AND RESOLVING MOTIONS | Filed By The Court 8/14/15 Laura A. Austin Clerk of Court US Bankruptcy Court |

It having been determined after notice and hearing that the plan filed by the debtor(s)[1] on **07/09/2015**, as modified on **N/A**, complies with the provisions of Chapter 13 (11 U.S.C. § 1301 et seq.), and with all other applicable provisions of Title 11 of the United States Code and that all fees and charges to be paid before confirmation have been paid;

**IT IS ORDERED THAT:**

1. The plan is confirmed.

2. The debtor shall not incur indebtedness nor sell, encumber, or otherwise transfer any interest in estate property outside the ordinary course of business without approval of the court.

3. The court hereby values secured claims and voids liens as set forth in the confirmed plan or as established by seperate order to the extent permitted by 11 U.S.C. § 506 (a), 506(d), § 1325(a), and applicable law.

4. Pursuant to 11 U.S.C. § 522(f)(1)(A) and/or (B), the court hereby finds that the security interests to be avoided as set forth in the confirmed plan or by separate order impair an exemption to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and South Carolina Code § 15-41-30 and are, therefore, avoided.

*John E Waites*

Date: August 14, 2015

Document 30 - 25                                United States Bankruptcy Judge

---

1 When used herein, the term "debtor" shall apply as applicable either in the singular or in the plural, if there are joint debtors in the case.