# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Name of debtors:                                           Case Number: **13-02715-jw**

**Brandon Douglas Ziel**                         Chapter 13

## AMENDED[1] RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 10/04/2017

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

Name of creditor: **Nationstar Mortgage LLC ("Creditor")**.

Last four digits of account: **5428**

### 1. Pre-Petition Arrears - Court claim no. (if known): 13

■ Agrees that Debtors have paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

| Total Amount Due: | **$0.00** |
|---|---|

### 2. Post-Petition Amounts

■ Agrees that Debtor(s) is current with respect to all payments consistent with §1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtors are current with respect to all payments consistent with §1322(b)(5), and states that the total amount due to cure post-petition arrears is:

| Total Amount Due: | **$0.00** |
|---|---|

If creditor disagrees, attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

---

[1] Response to Notice of Final Cure Payment filed on October 23, 2017 is amended to reflect that as of April 9, 2018 the Debtors are due post-petition for May 2018.

Document    Page 2 of 2

This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.

| Description | Date Assessed | Assessed Amount | Amount Outstanding |
|---|---|---|---|
|  |  |  |  |

Kathleen M. Muthig
District Id. No.11909
William R. Padget
District Id No.  9466
Attorney for Creditor
FINKEL LAW FIRM LLC
Post Office Box 1799
Columbia, South Carolina
Phone 803-765-2935
Fax 803-252-0786
kmuthig@finkellaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Case No. 13-02715-jw |
| ) | Chapter 13 |
| Brandon Douglas Ziel, ) | |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that that on this 9th day of April, 2018, she served a copy of the Amended Response to Trustee's Notice of Final Cure and Certificate of Service on the below-listed parties, by depositing same in the United States Mail with sufficient first-class postage affixed and addressed as indicated below:

Brandon Douglas Ziel
10 Tarleton Drive
Charleston, SC 239407

Ann U. Bell, Esq.
Drose Law Firm
3955 Faber Place Drive
Suite 103
Charleston, SC 29405

James M. Wyman, Trustee (via ECF)
PO Box 997
Mount Pleasant, SC 29465-0997

Logan A. Brown, Paralegal to
KATHLEEN M. MUTHIG
District Court ID No. 11909
FINKEL LAW FIRM LLC
Post Office Box 1799
Columbia, South Carolina 29202
Phone (803) 765-2935
Fax (803) 252-0786
kmuthig@finkellaw.com